**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cv-01090-WJM

TERENCE J. HANKINS, Prisoner No. 147323,

    Applicant,

v.

KEVIN MILYARD, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## ORDER FOR STATE COURT RECORD

After preliminary consideration of the Amended Application for a Writ of Habeas Corpus Filed Pursuant to 28 U.S.C. § 2254, it is

**ORDERED** that **within thirty (30) days from the date of this order** the Respondents shall file with the Clerk of the Court, in electronic format if available, those portions of the record of trial as are available and relevant to the exhausted claims asserted in the Amended Application, and identify those portions of the record of trial that are relevant but not presently available in Applicant's state court proceedings in *People v. Terence J. Hankins*, Moffat County District Court Case No. 07CR159.

It is **FURTHER ORDERED** that the Clerk of the Court is directed to send copies of this order to the following:

(1) Clerk of the Court
 Moffat County District Court
 221 West Victory Way
 Suite 300
 Craig, CO 81625;

(2) Court Services Manager
 State Court Administrator's Office
 101 W. Colfax, Ste. 500
 Denver, Colorado 80202.

Dated this 7th day of October, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge