**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cv-01090-WJM

TERENCE J. HANKINS, Prisoner No. 147323,

    Applicant,

v.

KEVIN MILYARD, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## ORDER

---

    This matter comes before the Court on Applicant's pleading titled "Status Report and Motion for Release," filed March 27, 2013 ("Pleading") (ECF No. 37).  The Court having reviewed the Pleading hereby FINDS and ORDERS as follows:

    After Applicant filed his Pleading, Respondents filed a Status Report on March 29, 2013 (ECF No. 38).  That Status Report indicates that Respondents filed a motion for extension of time to file an answer, and the answer brief is due on April 22, 2013, in the State Court of Appeals.

    It is therefore ORDERED that Applicant's request for default judgment and release contained in his Pleading (ECF No. 37) are DENIED as inappropriately filed in this Court and delay is not at issue regarding the claims that remain before this Court.

Dated this 2nd day of April, 2013.

BY THE COURT:

William J. Martinez
United States District Judge