**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cv-01090-WJM

TERENCE J. HANKINS,

    Applicant,

v.

KEVIN MILYARD, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER

    This matter comes before the Court on Applicant's pleading titled "Report of August 1, 2014, and Answer," ECF No. 56, that was entered on the Docket on July 31, 2014. Applicant requests that this Court expedite a ruling in this case because of his health and age. The Court now having reviewed the pleading hereby FINDS AND ORDERS as follows:

    Respondents submitted a Fourteenth Status Report, ECF No. 55, on July 31, 2014. This Status Report indicates that the Colorado Court of Appeals issued a published opinion affirming Applicant's judgment of conviction on June 5, 2014. Applicant then requested an extension of time to petition for *certiorari* review. In response, the Colorado Supreme Court extended the time until September 18, 2014.

    It is therefore ORDERED that because Applicant requested an extension of time to file for *certiorari* review in the Colorado Supreme Court a request for an expedited ruling, ECF No. 56, in this case is conflicting and is properly DENIED. The case

remains stayed until Applicant's direct appeal is resolved by the state courts. Status reports still must be filed every sixty days on the first day of every other month.

DATED this 5th day of August, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge