**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cv-01090-WJM

TERENCE J. HANKINS,

    Applicant,

v.

KEVIN MILYARD, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER

    This matter comes before the Court on Applicant's "Request for Court's Leave to File Amended Complaint," ECF No. 63, that was entered on the Docket on March 16, 2015. Applicant asserts the Colorado Supreme Court denied his petition for certiorari review on January 22, 2015, and requests that he be granted leave to amend the operative Amended Application, ECF No. 6, filed June 22, 2011, so he can reassert eight of the ten claims he asserted in the Amended Application. The Court now having reviewed the pleading hereby FINDS AND ORDERS as follows:

    Respondents submitted a Sixteenth Status Report, ECF No. 61, on February 2, 2015. This Status Report indicates that on January 21,2015, Respondents filed an advisory notice with the Colorado Supreme Court stating that they would not file a brief in opposition to Applicant's petition for certiorari review. Respondents, however, did not report on February 2, 2015, as Applicant asserts now, that the Colorado Supreme Court denied Applicant's petition on January 22, 2015.

It is therefore ORDERED that Respondents are directed to file a second Sixteenth Status Report within Fourteen days of this Order and address Applicant's claim that his petition for certiorari review has been denied.

It is further ORDERED that Applicant's Motion to Amend, ECF No. 63, is denied based on this Court's findings in the October 7, 2011 Order to Dismiss in Part and for Answer.

Dated this 23rd day of March, 2015.

BY THE COURT:

William J. Martinez
United States District Judge